U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee
# memorandum

DATE: January 13, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: Lawrence E. Hann
Docket No.: 2:08-00002-01

TO: The Honorable Aleta A. Trauger, U.S. District Judge


On October 19, 2010, and May 26, 2011, the following evidence was seized during the offender's period of supervised release and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
|------|----------|------|
| 1171 | 1 | Bag of Marijuana |
| 1172 | 1 | Marijuana Pipe |
| 1173 | 1 | Digital Scale |
| 1174 | 1 | Red Knife |
| 1175 | 1 | Tray |
| 1176 | 1 | Business Card |
| 1889 | 1 | Packet of synthetic marijuana |

Thank you for your time and consideration in this matter.

Approved: _____
The Honorable Aleta A. Trauger
U.S. District Judge